```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                       Case No. 12-00666-JJT
Edward J. Cavalier                                           Chapter 7
Mary Alice Cavalier
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5       User: AGarner         Page 1 of 1        Date Rcvd: Oct 05, 2016
                           Form ID: pdf010       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2016.
db/jdb         Edward J. Cavalier,    Mary Alice Cavalier,    60 Lower Powderly Street,
                Carbondale, PA 18407-3031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2016 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              Ann E. Swartz    on behalf of Creditor    M&T Bank ASwartz@mwc-law.com, ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin T McQuail    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              Mark J. Conway    on behalf of Joint Debtor Mary Alice  Cavalier info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              Mark J. Conway    on behalf of Debtor Edward J. Cavalier info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CASE NO. 5-12-00666 |
| **EDWARD J. CAVALIER and** | : |
| **MARY ALICE CAVALIER** | : |
| | : CHAPTER 13 |
| Debtors | : |

## ORDER CONVERTING CASE TO ONE UNDER CHAPTER 7

Upon consideration of Debtors' Motion to Convert Case and no adverse party being represented and good cause appearing therefore, it is hereby **ORDERED AND DECREED** that the Motion is **GRANTED**, this case is hereby converted to one under Chapter 7 of the Bankruptcy Code.

Dated: October 4, 2016

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)