# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Edward J. Cavalier and Mary Alice Cavalier | BKY. NO. 12-00666 JJT |
| Debtor(s) | CHAPTER 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8927

          Respectfully submitted,

          **/s/ Thomas Puleo**
          Thomas Puleo, Esquire
          James C. Warmbrodt, Esquire
          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106-1532
          (215) 825-6306  FAX (215) 825-6406
          Attorney for Movant/Applicant