Certificate Number: 15317-PAM-DE-028550224

Bankruptcy Case Number: 12-00666


15317-PAM-DE-028550224

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 29, 2016</u>, at <u>8:14</u> o'clock <u>PM PST</u>, <u>Edward Cavalier</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>December 29, 2016</u>  By: <u>/s/Jonald Gutierrez</u>

Name: <u>Jonald Gutierrez</u>

Title: <u>Counselor</u>

Certificate Number: 15317-PAM-DE-028550225

Bankruptcy Case Number: 12-00666



15317-PAM-DE-028550225

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 29, 2016</u>, at <u>8:14</u> o'clock <u>PM PST</u>, <u>Mary Alice Cavalier</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>December 29, 2016</u>     By: <u>/s/Jonald Gutierrez</u>

Name: <u>Jonald Gutierrez</u>

Title: <u>Counselor</u>