```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 12-00666-JJT
Edward J. Cavalier
Mary Alice Cavalier                                                 Chapter 7
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-5          User: AGarner              Page 1 of 2          Date Rcvd: Feb 03, 2017
                              Form ID: 318               Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2017.
db/jdb         Edward J. Cavalier,   Mary Alice Cavalier,   60 Lower Powderly Street,
                 Carbondale, PA 18407-3031
cr            +Landmark Asset Receivables Management,   7340 S Kyrene Rd,   Tempe, AZ 85283-4573
4125665       +CAPITAL ONE BANK (USA), N.A.,   by PRA Receivables Management, LLC,   PO Box 12907,
                 Norfolk VA 23541-0907
4033447        Cavalier Edward J,   60 Lower Powderly Street,   Carbondale, PA 18407-3031
4033448        Cavalier Mary Alice,   60 Lower Powderly Street,   Carbondale, PA 18407-3031
4033452       +HSBC CONSUMER LENDING,   332 SOUTH MICHIGAN AVENUE, STE 600,   CHICAGO, IL 60604-4318
4595663       +Landmark Asset Receivables Management,   7340 S Kyrene Rd,   Recovery Dept - T120,
                 Tempe, AZ 85283-4573
4033449        Law Offices of Mark J Conway PC,   502 S Blakely Street,   Dunmore, PA 18512-2237
4033455       +MCCABE WEISBERG AND CONWAY, P.C.,   123 SOUTH BROAD STREET, STE. 2080,
                 PHILADELPHIA, PA 19109-1031
4033456        PENNSTAR BANK,   RT. 6 BROOKLYN STREET,   CARBONDALE, PA 18407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             EDI: AIS.COM Feb 03 2017 19:18:00      Midland Funding LLC by American InfoSource LP as a,
                 PO Box 4457,   Houston, TX 77210-4457
cr             EDI: RECOVERYCORP.COM Feb 03 2017 19:18:00      Recovery Management Systems Corporation,
                 25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
4078288        EDI: RESURGENT.COM Feb 03 2017 19:18:00      Ashley Funding Services LLC its successors and,
                 assigns as assignee of Laboratory Corp,   of America Holdings,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
4042353       +EDI: HFC.COM Feb 03 2017 19:18:00      BENEFICIAL CONSUMER DISCOUNT COMPANY,
                 636 GRAND REGENCY BLVD.,   BRANDON, FL 33510-3942
4033450        EDI: CAPITALONE.COM Feb 03 2017 19:18:00      CAPITAL ONE,   PO BOX 71083,
                 CHARLOTTE, NC 28272-1083
4077630        EDI: CAPITALONE.COM Feb 03 2017 19:18:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC 28272-1083
4079827        EDI: RMSC.COM Feb 03 2017 19:18:00      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
4033451       +EDI: HFC.COM Feb 03 2017 19:18:00      HSBC CARD SERVICES,   PO BOX 80084,
                 SALINAS, CA 93912-0084
4033453        EDI: RMSC.COM Feb 03 2017 19:18:00      JC PENNEY,   PO BOX 960090,   ORLANDO, FL 32896-0090
4080620        EDI: JEFFERSONCAP.COM Feb 03 2017 19:18:00      Jefferson Capital Systems LLC,   PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
4033454        E-mail/Text: camanagement@mtb.com Feb 03 2017 19:18:11      M & T BANK,   PO BOX 62182,
                 BALTIMORE, MD 21264
4091855        E-mail/Text: camanagement@mtb.com Feb 03 2017 19:18:11      M&T Bank,   P.O. Box 1288,
                 Buffalo, New York 14240
4085880        E-mail/Text: camanagement@mtb.com Feb 03 2017 19:18:11      m&T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240
4237101        EDI: AIS.COM Feb 03 2017 19:18:00      Midland Funding LLC,   by American InfoSource LP as agent,
                 PO Box 4457,   Houston, TX 77210-4457
4300434       +EDI: PRA.COM Feb 03 2017 19:18:00      PRA Receivables Management, LLC,   POB 41067,
                 Norfolk, VA 23541-1067
4040673       +E-mail/Text: bankruptcy@nbtbank.com Feb 03 2017 19:18:25      Pennstar Bank,
                 52 South Broad Street,   Norwich, NY 13815-1646
4227937        EDI: RECOVERYCORP.COM Feb 03 2017 19:18:00      Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,
                 Miami, FL 33131-1605
4227938        EDI: RECOVERYCORP.COM Feb 03 2017 19:18:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
4595664*      +Landmark Asset Receivables Management,   7340 S Kyrene Rd,   Recovery Dept - T120,
                 Tempe, AZ 85283-4573
4237102*       Midland Funding LLC,   by American InfoSource LP as agent,   PO Box 4457,
                 Houston, TX 77210-4457
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2017 at the address(es) listed below:

```
          Alexandra Teresa Garcia    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
          Ann E. Swartz    on behalf of Creditor    M&T Bank ASwartz@mwc-law.com, ecfmail@mwc-law.com
          Celine P DerKrikorian    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
          John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
          Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin T McQuail    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
          Mark J. Conway    on behalf of Joint Debtor Mary Alice    Cavalier info@mjconwaylaw.com,
           connie@mjconwaylaw.com;mjc@mjconwaylaw.com
          Mark J. Conway    on behalf of Debtor Edward J. Cavalier info@mjconwaylaw.com,
           connie@mjconwaylaw.com;mjc@mjconwaylaw.com
          Thomas I Puleo    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 10
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Edward J. Cavalier** | Social Security number or ITIN xxx−xx−5609 |
| | First Name    Middle Name    Last Name | EIN __−_____ |
| Debtor 2 (Spouse, if filing) | **Mary Alice Cavalier** | Social Security number or ITIN xxx−xx−2821 |
| | First Name    Middle Name    Last Name | EIN __−_____ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | |
| Case number:   **5:12−bk−00666−JJT** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Edward J. Cavalier                    Mary Alice Cavalier

**By the court:**   _[signature]_

February 3, 2017

Honorable John J. Thomas
United States Bankruptcy Judge

By: AGarner, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

Case 5:12-bk-00666-JJT   Doc 96   Filed 02/05/17   Entered 02/06/17 00:45:50   Desc
Imaged Certificate of Notice   Page 3 of 4

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**